Hayden, and *F. T. Merritt* for petitioners. *Mr. Glenn J. Fairbrook* for respondent.

No. 671. SONTAG CHAIN STORES CO. *v.* NATIONAL NUT Co. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Wm. Nevarre Cromwell, Frank H. Towner,* and *Guy A. Gladson* for petitioner. *Messrs. Hugh N. Orr* and *Charles S. Evans* for respondent.

No. 682. ANDERSON *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

No. 683. PRICHARD *v.* SAME. March 4, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Chas. H. Garnett* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth* for respondent.

No. 690. MINERSVILLE SCHOOL DISTRICT ET AL. *v.* GOBITIS. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Joseph W. Henderson, Thomas F. Mount,* and *George M. Brodhead, Jr.* for petitioners. *Messrs. Hayden C. Covington* and *Joseph F. Rutherford* for respondent.

No. 643. WARREN ET AL. *v.* PALMER ET AL. March 4, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Erwin N. Griswold, John Noble, Jr.,* and *Paul E. Troy* for